**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| IN RE: ESTATE OF WILLIAM R. ZIMMERMAN | : No. 30 MM 2019 |
| | : |
| | : |
| | : |
| PETITION OF: DIANA VONSCHLICHTEN | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 29th day of May, 2019, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is DENIED.